```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

MARK TORCHETTI and                  )
SUSAN TORCHETTI,                    )
      Plaintiffs,                   )
                                    )
      v.                            )    C.A. No. 10-11581-NG
                                    )
GMAC MORTGAGE, LLC and              )
ORLEANS MORAN, PLLC,                )
      Defendants.                   )
```

TEMPORARY RESTRAINING ORDER

WOLF, D.J.                                        September 20, 2010

For the reasons described in detail at the hearing on September 20, 2010, plaintiffs Mark and Susan Torchetti's Motion for a Temporary Restraining Order (Docket No. 3) is hereby ALLOWED.

In summary, the Torchettis have, for present purposes, proven that: (1) they have a likelihood of success on the merits of their claims; (2) they will be irreparably harmed if a temporary restraining order is not issued because they will not, in its absence, have an adequate remedy at law if their home is sold to a third-party; (3) the balance of hardships favors them; and (4) the issuance of a temporary restraining order will serve the public interest. See, e.g., Ross-Simons of Warwick, Inc. v. Baccarat, Inc., 102 F.3d 12, 15 (1st Cir. 1996). In addition, the late filing of the motion for a temporary restraining order was reasonable, and not an effort to deprive the defendant of an opportunity to be heard or the court of an adequate opportunity to consider the matter.

Accordingly, it is hereby ORDERED that Defendants GMAC Mortgage, LLC and Orleans Moran, PLLC, its officers, agents, servants, and employees, and other persons who are in active concert with them:

1. Shall not proceed with the foreclosure concerning 18 Gannett Road, Quincy, Massachusetts that was scheduled for September 20, 2010, at 12:00 noon.

2. Plaintiffs shall, by 12:00 noon on September 21, 2010, pay to the Clerk of the United States District Court $750.00 as security pursuant to Federal Rule of Civil Procedure 65(c).

3. Unless extended by agreement of the parties or by the court for good cause, this Temporary Restraining Order shall expire on October 4, 2010, at 5:00 p.m.

        /s/ MARK L. WOLF
        UNITED STATES DISTRICT JUDGE